UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ABDIKADIR SAID ABDULLAHI,<br>    Petitioner,<br><br>-v-<br><br>REBECCA ADDUCCI,<br>    Respondent. | No. 1:16-cv-335<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The Court has granted Petitioner's motion to voluntarily dismiss the lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 17, 2016                                /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge